# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

2008 MAY 29 AM 10: 17

United States of America )
v. )
) Case No: CR696-00007-004
David L. Burke )
) USM No: 47483-019
Date of Previous Judgment: January 24, 2002 ) Bruce S. Harvey
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____162____ months **is reduced to** ____156 months____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   34              Amended Offense Level:   32
Criminal History Category:   III          Criminal History Category:   III
Previous Guideline Range:   188 to 235 months      Amended Guideline Range:   151 to 188 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[X] Other (explain):   The Court has granted the defendant's motion for reduction of sentence; however, the Court notes it was very lenient at the time a Rule 35 reduction was ordered in this case. As such, the Court has only reduced the defendant's sentence by an additional six moths.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   January 24, 2002,   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   May 29, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
Effective Date: _____   For the Southern District of Georgia
(if different from order date)                Printed name and title